# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CLIFFORD LEE WHITE, JR.**                                **PLAINITFF**
**ADC #145996**

V.                  **CASE NO. 4:19-CV-408-BRW-BD**

**MOSES JACKSON, III,** *et al.*                                   **DEFENDANTS**

## ORDER

I have received a Recommended Disposition (Recommendation) (Doc. No. 7) filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, and considering Plaintiff's objections and Amended Complaint, I approve and adopt the Recommendation in all respects.

Mr. White's claims are DISMISSED, without prejudice. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 27th day of June, 2019.

                                                         Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE