IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLIFFORD LEE WHITE, JR.**                                                              **PLAINITFF**
**ADC #145996**

**V.**                 **CASE NO. 4:19-CV-408-BRW-BD**

**MOSES JACKSON, III,** *et al.*                                               **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 27th day of June, 2019.

                                                                          <u>Billy Roy Wilson</u>
                                                             UNITED STATES DISTRICT JUDGE