IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLIFFORD LEE WHITE, JR.**                                                  **PLAINTIFF**

**VS.**                            **4:19-CV-00408-BRW**

**MOSES JACKSON, III,** *ET AL.*                                       **DEFENDANTS**

**ORDER**

Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. No. 13) is DENIED, because the June 27, 2019 Order dismissing this case held that an *in forma pauperis* appeal would not be taken in good faith.[1]

Accordingly, within thirty days of the date of this Order, Plaintiff must either: (a) pay to this Court the $505.00 appellate filing and docketing fees; or (b) file with the United States Court of Appeals for the Eighth Circuit an Application to Proceed Without Prepayment of Fees and Affidavit with an attached calculation sheet.

Plaintiff is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 16th day of July, 2019.

                                               /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10.